DORA GOLDSTEIN and Another, as Administrators, etc., of JOSEPH GOLDSTEIN, Deceased, Respondents, v. DAVID I. HELBING, Individually and as Surviving Partner, etc., Appellant.— Order affirmed, with ten dollars costs and disburse-

ments. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.